UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| CIT BANK, N.A.,                                                Plaintiff,    -against-   RAMON NERIS, NEW YORK CITY ENVIRONMENTAL CONTROL BOARD, NEW YORK CITY PARKING VIOLATIONS BUREAU, NEW YORK CITY DEPARTMENT OF HOUSING PRESERVATOIN & DEVELOPMENT                                                Defendants. | Case No.: 18-cv-1511  **AFFIRMATION IN OPPOSITION TO PLAINTIFF'S SUMMARY JUDGMENT MOTION**  (Hon. Victor Marrero) |

STANISLAV GOMBERG, ESQ., an attorney duly admitted to the practice of law before the courts of the State of New York, hereby affirms the truth of the following under the penalties of perjury:

1. I am a principal of Gomberg Legal, P.C., attorneys for defendant Ramon Neris (hereinafter "Mr. Neris" or "Defendant"). I am fully familiar with the facts and circumstances of this case from discussions with my client, the pleadings and documents previously submitted herein, and from my own research.

2. This Affirmation is submitted in opposition to Plaintiff's motion for Summary Judgment and an Order of Reference.

3. The Sole purpose of this Affirmation is to attach copies of the following documents referenced in the accompanying memorandum of law:

    EXHIBIT A:         90 Day Notice with Computer Point Scale Ruler Superimposed

WHEREFORE, for the reasons set forth in the accompanying memorandum of law, it is respectfully requested that the Court deny Plaintiff's Summary Judgment in its entirety, and for such other and further relief as this Court may deem just and Proper.

Dated: August 22, 2019
New York, NY

GOMBERG LEGAL, P.C.
Attorneys for Defendant

By: _____
Stanislav Gomberg, Esq.
1001 6th Avenue, #1222
New York, NY 10018
GombergLegalPC@gmail.com
914.525.4392
