**EXHIBIT A**

CIT Bank, N.A.
P.O. Box 4045
Kalamazoo, MI 49003



09/26/2017

GA-96
RAMON NERIS
64 CLINTON PL
BRONX NY 10453-1422

CONVENTIONAL LOAN NUMBER: ▓▓▓▓
LEGAL DESCRIPTION OF PROPERTY:
64   CLINTON PL
BRONX, NY 10453

**YOU MAY BE AT RISK OF FORECLOSURE.**
**PLEASE READ THE FOLLOWING NOTICE CAREFULLY**

As of 09/26/2017, your home loan is 117 days, and $8,636.16 dollars in default.

Under New York State Law, we are required to send you this notice to inform you that you are at risk of losing your home. Attached to this notice is a list of government approved housing counseling agencies in your area which provide free counseling.
You can also call the NYS Office of the Attorney General's Homeowner Protection Program (HOPP) toll-free consumer hotline to be connected to free housing counseling services in your area at 1-855-HOME-456 (1-855-466-3456), or visit their website at http://www.aghomehelp.com/. A statewide listing by county is also available at: http://www.dfs.ny.gov/consumer/mortg_nys_np_counseling_agencies.htm.

Qualified free help is available; watch out for companies or people who charge a fee for these services.
Housing counselors from New York-based agencies listed on the website above are trained to help homeowners who are having problems making their mortgage payments and can help you find the best option for your situation. If you wish, you may also contact us directly at 1-866-354-5947 and ask to discuss possible options.
While we cannot assure that a mutually agreeable resolution is possible, we encourage you to take immediate steps to try to achieve a resolution. The longer you wait, the fewer options you may have.
If you have not taken any actions to resolve this matter within 90 days from the date this notice was mailed, we may commence legal action against you (or sooner if you cease to live in the dwelling as your primary residence.)
If you need further information, please call the New York State Department of



Page 1 of 7

CIT Bank

2324133686

CIT Bank, N.A.
P.O. Box 4045
Kalamazoo, MI 49003

09/26/2017

RAMON NERIS
64 CLINTON PL
BRONX, NY 10453-1422

CONVENTIONAL LOAN NUMBER: █████
LEGAL DESCRIPTION OF PROPERTY:
64   CLINTON PL
BRONX, NY 10453



**YOU MAY BE AT RISK OF FORECLOSURE.**
**PLEASE READ THE FOLLOWING NOTICE CAREFULLY**

As of 09/26/2017, your home loan is 17 days and $8,506.16 dollars in default. Under New York State Law, we are required to send you this notice to inform you that you are at risk of losing your home. Attached to this notice is a list of government approved housing counseling agencies in your area which provide free counseling. You can also call the NYS Office of the Attorney General's Homeowner Protection Program (HOPP) toll-free consumer hotline to be connected to free housing counseling services in your area at 1-855-HOME-456 (1-855-466-3456), or visit their website at http://www.aghomehelp.com/. A statewide listing by county is also available at: http://www.dfs.ny.gov/consumer/mortg_nys_np_counseling_agencies.htm.

Qualified free help is available; watch out for companies or people who charge a fee for these services.

Housing counselors from New York-based agencies listed on the website above are trained to help homeowners who are having problems making their mortgage payments and can help you find the best option for your situation. If you wish, you may also contact us directly at 1-866-354-5947 and ask to discuss possible options.

While we cannot assure that a mutually agreeable resolution is possible, we encourage you to take immediate steps to try to achieve a resolution. The longer you wait, the fewer options you may have.

If you have not taken any actions to resolve this matter within 90 days from the date this notice was mailed, we may commence legal action against you (or sooner if you cease to live in the dwelling as your primary residence.)

If you need further information, please call the New York State Department of



Page 1 of 7

CIT Bank

2324133666

CIT BANK, N.A.
P.O. Box 4045
Kalamazoo, MI 49003

09/26/2017

RAMON NERIS
64 CLINTON PL
BRONX, NY 10453-4420

CONVENTIONAL LOAN NUMBER: ███
LEGAL DESCRIPTION OF PROPERTY:
64 CLINTON PL
BRONX, NY 10453

**YOU MAY BE AT RISK OF FORECLOSURE.**
**PLEASE READ THE FOLLOWING NOTICE CAREFULLY.**

As of 09/26/2017, your home loan is 7 days, and $8,636.__ dollars in default.

Under New York State Law, we are required to send you this notice to inform you that you are at risk of losing your home. Attached to this notice is a list of government approved housing counseling agencies in your area which provide free counseling.

You can also call the NYS Office of the Attorney General's Homeowner Protection Program (HOPP) toll-free consumer hotline to be connected to free housing counseling services in your area at 1-855-HOME-456 (1-855-466-3456), or visit their website at http://www.aghomehelp.com/. A statewide listing by county is also available at: http://www.dfs.ny.gov/consumer/mortg_nys_np_counseling_agencies.htm.

Qualified free help is available; watch out for companies or people who charge a fee for these services.

Housing counselors from New York-based agencies listed on the website above are trained to help homeowners who are having problems making their mortgage payments and can help you find the best option for your situation. If you wish, you may also contact us directly at 1-866-354-5947 and ask to discuss possible options.

While we cannot assure that a mutually agreeable resolution is possible, we encourage you to take immediate steps to try to achieve a resolution. The longer you wait, the fewer options you may have.

If you have not taken any actions to resolve this matter within 90 days from the date this notice was mailed, we may commence legal action against you (or sooner if you cease to live in the dwelling as your primary residence.)

If you need further information, please call the New York State Department of



Page 1 of 7

CIT Bank

2324133686