Affidavit of Service by Mail

Noa Mor, being duly sworn, deposes and says:

That I am over the age of 18 and employed at 1001 Avenue of the Americas, Suite 1222, New York, New York.

That I am not a party to the action of:

CIT BANK, N.A.,　　　　　　　　　　　　　　　　　　　　Case No.: 18-cv-1511
　　　　　Plaintiff(s),

-against-

RAMON NERIS, NEW YORK CITY ENVIRONMENTAL
CONTROL BOARD, NEW YORK CITY PARKING
VIOLATIONS BUREAU, NEW YORK CITY DEPARTMENT
OF HOUSING PRESERVATION & DEVELOPMENT,
　　　　　Defendant(s).

That on the 23rd day of August, 2019, I served a copy of the:

**MEMORANDUM OF LAW IN OPPOSITION TO PLAINTIFFS'
SUMMARY JUDGMENT MOTION, AFFIRMATION IN OPPOSITION**

TO:　　HONORABLE JUDGE VICTOR MARRERO
　　　　United States Courthouse
　　　　500 Pearl Street, Suite 1040
　　　　New York, NY 10007

　　　　GROSS POLOWY, LLC
　　　　*Attorneys for Plaintiff*
　　　　1775 Wehrle Drive, Suite 100
　　　　Williamsville, NY 14221

By depositing a true copy in the mail, care of the United States Postal Service.

Dated: New York, New York
　　　　August 23, 2019

　　　　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　　　Noa Mor

Sworn before me this 23rd day of August, 2019

STANISLAV GOMBERG
NOTARY PUBLIC-STATE OF NEW YORK
No. 02GO6348617
Qualified In Westcheser County
My Commission Expires 10-03-2020

Case No. 18-cv-1511
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

===========================================================================

CIT BANK, N.A.,
                         Plaintiff,

    -against-

RAMON NERIS, NEW YORK CITY ENVIRONMENTAL
CONTROL BOARD, NEW YORK CITY PARKING
VIOLATIONS BUREAU, NEW YORK CITY DEPARTMENT
OF HOUSING PRESERVATION & DEVELOPMENT,
                 Defendants.

===========================================================================

**AFFIRMATION IN OPPOSITION TO PLAINTIFF'S SUMMARY JUDGMENT MOTION**

===========================================================================

**GOMBERG LEGAL, P.C.**
Attorney for Defendant
1001 Avenue of the Americas, #1222
New York, NY 10018
(914) 525-4392
Email: Gomberglegalpc@gmail.com

===========================================================================

*Pursuant to **22 NYCRR 130-1.1**, the undersigned, an attorney admitted to practice in the courts of New York State, certifies that, upon information and belief and reasonable inquiry, the contentions contained in the annexed document are not frivolous.*
*Dated: August 23, 2019*                         *Signature* _____

                                        Print Signer's Name: Stanislav Gomberg, Esq.

===========================================================================

*Service of a copy of the within*                                        *is hereby admitted.*

*Dated: August 23, 2019*

                                         _____
                                                           *Attorney for Defendant*

===========================================================================

**GOMBERG LEGAL, P.C.**
Attorney for Defendant
1001 Avenue of the Americas, #1222
New York, NY 10018
(914) 525-4392
Email: Gomberglegalpc@gmail.com