```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------X
CIT BANK, N.A.,                    :
                                   :
                 Plaintiff,        :   18 Civ. 1511 (VM)
                                   :
     - against -                   :
                                   :
RAMON NERIS, et al.,               :
                                   :
                 Defendants.       :
-----------------------------------X
```

**VICTOR MARRERO**, United States District Judge.

In reviewing the Docket Sheet for this matter, the Court noted that there has been no recorded action or correspondence known to the Court regarding the status of the matter since November 1, 2019.  Accordingly, it is hereby

**ORDERED** that plaintiff is directed to inform the Court by August 13, 2020 of the status of the matter and whether any further litigation with respect to the action is contemplated. In the event the Court receives no response to this Order by the date indicated, the case may be dismissed for lack of prosecution.

**SO ORDERED.**

Dated: NEW YORK, NEW YORK
       14 July 2020

_____
Victor Marrero
U.S.D.J.