

1775 Wehrle Drive, Suite 100
Williamsville, New York 14221
Phone (716)204-1700
Fax (716)204-1702
http://www.GrossPolowy.com/

July 14, 2020

**VIA ECF**:
Judge Victor Marrero
United States District Court for the Southern District of New York
500 Pearl St.
New York, NY 10007

Re:     *CIT Bank, N.A. vs Ramon Neris, New York City Environmental Control Board, New York City Parking Violations Bureau, New York City Department of Housing Preservation & Development*
Docket #:   18-cv-1511

Dear District Judge Marrero,

This Law Firm represents the Plaintiff. Pursuant to Your Honor's July 14, 2020 Order, please accept this letter as the status report due by August 13, 2020. The action has not been settled and the Plaintiff contemplates further litigation with respect to the action. It appears a non-jury trial is the appropriate litigation event that should occur to conclude the action.

Thank you for your consideration and time.

Respectfully,

/SJV/
Stephen J. Vargas, Esq.

**CC via ECF:**
Stanislav Gomberg, Esq.
*Attorney for Defendant Ramon Neris*
14 Wyche Way
Ossining, NY 10562
(914)-525-4392
stgomberg3@gmail.com