```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED:  2/3/2021
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------X
CIT BANK, N.A.,                     :
                                    :
                    Plaintiff,      :     18 Civ. 1511 (VM)
                                    :
     - against -                    :     **ORDER**
                                    :
RAMON NERIS, et al.,                :
                                    :
                    Defendant.      :
------------------------------------X

**VICTOR MARRERO, United States District Judge.**

On January 5, 2021, a notice of appearance was filed on behalf of certain defendants in the above-captioned matter. (See Dkt. No. 59.) Before that, on July 14, 2020, the Court ordered Plaintiff to provide the status of the matter (Dkt. No. 57), and Plaintiff responded on August 6, 2020, indicating that it contemplated further litigation, (Dkt. No. 58). Since then, apart from the above-referenced notice of appearance, there has been no record of any proceedings or filings of any papers or correspondence with the Court since the August 6, 2020 status report.

Accordingly, it is hereby

**ORDERED** that the above-named Plaintiff shall file an updated status report within three (3) days of the date of this Order, concerning the status of this action and its contemplation with regard to any further proceedings. In the event no timely response to this Order is submitted, the Court

may dismiss the action without further notice for lack of prosecution.

**SO ORDERED.**

Dated:   New York, New York
         3 February 2020

_____
Victor Marrero
U.S.D.J.