USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 3/8/2021

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------X
CIT BANK, N.A.,                     :
                                    :
                    Plaintiff,      :    18 Civ. 1511 (VM)
                                    :
    - against -                     :    **ORDER**
                                    :
RAMON NERIS, et al.,                :
                                    :
                    Defendant.      :
------------------------------------X

**VICTOR MARRERO**, United States District Judge.

By letter dated February 5, 2021, Plaintiff in the above-captioned matter indicated that it believed the action was stayed through February 27, 2021 under the New York COVID-19 Emergency Eviction & Foreclosure Prevention Act. (See Dkt. No. 61.) Plaintiff further indicated that, after expiration of the stay, it intended to resume prosecution of the matter via non-jury trial. (Id.)

By letter dated February 9, 2021, Counsel for defendant Ramon Neris joined Plaintiff's understanding regarding the stay. (See Dkt. No. 63.)

The stay having now expired, it is hereby

**ORDERED** that a non-jury trial in this matter shall be held before Judge Victor Marrero commencing on August 9, 2021. The parties are hereby directed to submit a proposed joint pre-trial order on or before June 25, 2021.

**SO ORDERED.**

Dated:    New York, New York
          8 March 2020

                                    _____
                                    Victor Marrero
                                    U.S.D.J.