```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------X
CIT BANK, N.A.,                     :
                                    :
                    Plaintiff,      :   18 Civ. 1511 (VM)
                                    :
     - against -                    :   ORDER
                                    :
RAMON NERIS, et al.,                :
                                    :
                    Defendant.      :
-----------------------------------X
```

**VICTOR MARRERO, United States District Judge.**

By Order dated March 8, 2021, the Court scheduled a non-jury trial in this matter to commence on August 9, 2021. (Dkt. No. 64.) The Court must now adjourn the previously scheduled trial. Accordingly, it is hereby

**ORDERED** that the non-jury trial in this matter previously scheduled to commence on August 9, 2021, shall now be held before Judge Victor Marrero beginning on September 13, 2021. The parties' deadline to submit a proposed joint pre-trial order is likewise adjourned from June 25, 2021 to on or before August 12, 2021.

**SO ORDERED.**

Dated:   New York, New York
         10 May 2020

_____
Victor Marrero
U.S.D.J.