```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------X
CIT BANK, N.A.,                     :
                                    :        18 Civ. 1511 (VM)
                Plaintiff,          :
                                    :
     - against -                    :        ORDER
                                    :
RAMON NERIS, et al.,                :
                                    :
                Defendants.         :
-----------------------------------X
```

**VICTOR MARRERO, United States District Judge.**

By order dated May 10, 2021, the Court scheduled a nonjury trial in this matter to commence on September 13, 2021. (Dkt. No. 65.) In light of the ongoing public health emergency, and the parties' nonconsent to proceed via remote means, the Court now adjourns the previously scheduled trial. Accordingly, it is hereby

**ORDERED** that the non-jury trial in this matter is hereby scheduled to commence on December 20, 2021. In accordance with the Court's Individual Practices, the parties have filed a proposed pre-trial order, which the Court granted on August 13, 2021. (Dkt. No. 68.) Should the parties wish to further amend the pre-trial order, they must do so on or before November 20, 2021.

**SO ORDERED.**

Dated:    New York, New York
          17 August 2021

                                        _____
                                              Victor Marrero
                                                 U.S.D.J.

1