```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------X
CIT BANK, N.A.,                     :
                                    :      18 Civ. 1511 (VM)
                    Plaintiff,      :
                                    :
     - against -                    :      ORDER
                                    :
RAMON NERIS, et al.,                :
                                    :
                    Defendants.     :
------------------------------------X
```

**VICTOR MARRERO, United States District Judge.**

By order dated May 10, 2021, the Court scheduled a nonjury trial in this matter to commence on September 13, 2021. (Dkt. No. 65.) By order dated August 17, 2021, the Court adjourned the trial to December 20, 2021. In light of the ongoing public health emergency, and the parties' nonconsent to proceed via remote means, the Court now adjourns the previously scheduled trial. Accordingly, it is hereby

**ORDERED** that the non-jury trial in this matter is hereby scheduled to commence on February 28, 2022. In accordance with the Court's Individual Practices, the parties have filed a proposed pre-trial order, which the Court granted on August 13, 2021. (Dkt. No. 68.) Should the parties wish to further amend the pre-trial order, they must do so on or before January 28, 2022.

**SO ORDERED.**

Dated:   New York, New York
         October 25, 2021

_____
Victor Marrero
U.S.D.J.

1