```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 2/7/2022
```

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

CIT BANK, N.A.,

                 Plaintiff,

    - against -

RAMON NERIS, NEW YORK CITY ENVIRONMENTAL CONTROL BOARD, NEW YORK CITY PARKING VIOLATIONS BUREAU, NEW YORK CITY DEPARTMENT OF HOUSING PRESERVATION & DEVELOPMENT,

                 Defendants.

**18 Civ. 1511 (VM)**

**ORDER**

**VICTOR MARRERO**, United States District Judge.

The final pretrial conference in this matter is hereby scheduled for February 11, at 12:00 a.m. The parties are reminded that any motions *in limine* must be fully briefed by February 14, 2022.

**SO ORDERED.**

Dated:    February 7, 2022
            New York, New York

                                                    Victor Marrero
                                                      U.S.D.J.