UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
CIT BANK, N.A.,

                        Plaintiff,

        -against-                                          18 **CIVIL** 1511 (VM)

## **JUDGMENT**

RAMON NERIS, et al.,

                        Defendants.
-----------------------------------------------------------X

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Decision and Order dated June 2, 2022, Plaintiff CIT Bank, N.A. ("CIT Bank") is entitled to judgment in foreclosure for amounts due and owing under the Note, Mortgage, and Loan Modification Agreement at issue in this action relating to the property at 64 Clinton Place, Bronx, New York 10453 ("Property"), which shall be sold to satisfy the outstanding debt of defendant Ramon Neris ("Neris") to CIT Bank regarding the Property. Judgment is entered in favor of CIT Bank in the following amounts to be paid from the sale of the Property, with any unpaid amounts to be due and owing from Neris: Unpaid principal in the amount: $613,452.36; Interest in the amount from May 1, 2017 through February 28, 2022, at 3% per annum: $62,042.85; Unpaid escrow advances in the amount of: $38,452.64; and Additional interest in the amount of $35.24 per day from February 29, 2022, through the date of entry of judgment, in the amount of $3,347.80; accordingly, the case is closed.

**Dated:**  New York, New York

        June 2, 2022

                                                          **RUBY J. KRAJICK**

                                                                        Clerk of Court

                                       **BY:**    *K. Mango*

                                                                        **Deputy Clerk**